UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ALLEN, | No. 2:13-cv-0189 MCE DAD |
| Plaintiff, | |
| v. | ORDER |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff, proceeding through counsel, commenced this action on January 31, 2013, by filing a complaint, (Dkt. No. 1), and a motion to proceed in forma pauperis under 28 U.S.C § 1915. (Dkt. No. 2.) On June 12, 2014, the assigned District Judge referred to the undersigned the resolution of plaintiff's motion to proceed in forma pauperis. The undersigned finds that plaintiff's in forma pauperis application makes the showing required by the statute. Accordingly, plaintiff's request to proceed in forma pauperis will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's January 31, 2013 motion to proceed in forma pauperis (Dkt. No. 2) is granted.

2. The Clerk of the Court is directed to issue process and to send plaintiff an instruction sheet for service of process by the United States Marshal, one USM-285 form, one

summons form, and an endorsed copy of plaintiff's complaint filed January 31, 2013.  (Dkt. No. 1.)

3. Within thirty (30) days after this order is served, plaintiff shall submit to the United States Marshal a properly completed USM-285 form, a properly completed summons form, and the number of copies of the endorsed complaint and of this order required by the United States Marshal; the required documents shall be submitted directly to the United States Marshal either by personal delivery or by mail to:  United States Marshals Service, 501 I Street, Suite 5600, Sacramento, CA 95814 (tel. 916-930-2030).

4. Within ten (10) days after submitting the required materials to the United States Marshals Service, plaintiff shall file with this court a declaration stating the date on which he submitted the required documents to the United States Marshal.  Failure to file the declaration in a timely manner may result in an order imposing appropriate sanctions.

5. Within thirty (30) days after receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendant without prepayment of costs.

6. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal.

Dated:  June 12, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\allen0189.ifp.ord.docx

2