DOUGLAS A. SCULLION (Bar No. 215339)
doug.scullion@dentons.com
ANNA SHIRAN (Bar No. 260911)
anna.shiran@dentons.com
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California  94105-2708
Telephone:     (415) 882-5000
Facsimile:      (415) 882-0300

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ALLEN,<br><br>                  Plaintiff,<br><br>     v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY, and DOES 1 through 100, Inclusive,<br><br>                  Defendants. | Case No. 2:13-CV-00189 MCE DAD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND FILE JOINT STATUS REPORT [L.R. 144]**<br><br>Complaint served: June 16, 2014<br>Initial response date:  August 15, 2014<br>New response date:  September 12, 2014 |

### STIPULATION

Pursuant to Local Rule 144, Plaintiff Jennifer Allen and Defendant The Lincoln National Life Insurance Company ("Lincoln") (together, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiff filed an initial complaint in this case on January 31, 2013, and served it by mail on The Lincoln National Life Insurance Company ("Lincoln") on June 16, 2014.

WHEREAS, Lincoln executed a Waiver of Service of Summons on June 25, 2014.

WHEREAS, Plaintiff has agreed to extend Lincoln's deadline to respond to the Complaint from August 15, 2014 to September 12, 2014.

WHEREAS, on August 15, 2014 the Parties are required to file a Joint Status Report pursuant to this Court's June 16, 2014 Order Requiring Joint Status Report.

WHEREAS, the Parties are engaged in settlement negotiations and agree the interest of judicial economy and convenience of the Parties would be furthered by continuing the deadline for Lincoln to answer or otherwise respond to Plaintiff's Complaint and the deadline for the Parties to submit their Joint Status Report from August 15, 2014 to September 12, 2014;

IT IS HEREBY STIPULATED AND AGREED that (1) Lincoln shall have until September 12, 2014 to file its responsive pleadings in this matter, and (2) the Parties shall have until September 12, 2014 to file their Joint Status Report.

Dated: August 15, 2014                    DENTONS US LLP


By:   /s/ Douglas A. Scullion
      Douglas A. Scullion
      Anna Shiran

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY


Dated: August 15, 2014                    DAVID ALLEN & ASSOCIATES


By:   /s/ David Allen
      David Allen

Attorneys for Plaintiff
JENNIFER ALLEN


**IT IS SO ORDERED.**

Dated:  August 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000