**DAVID ALLEN (SBN 87193)**
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
(916) 455-4800 Telephone
(916) 451-5687 Facsimile
Email: dallen@davidallenlaw.com

Attorneys for Plaintiff,
JENNIFER ALLEN

**DOUGLAS A. SCULLION (SBN 215339)**
Dentons US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:    (415) 882-0361
Facsimile:    (415) 882-0300
Email: douglas.scullion@dentons.com

Attorneys for Defendant,
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ALLEN, | Case No.: 2:13-CV-00189-MCE-DAD |
| Plaintiff, | STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE |
| vs. | Honorable Morrison C. England, Jr. |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, and DOES 1 TO 100, | |
| Defendants. | |

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE
Honorable Morrison C. England, Jr. - 1

IT IS HEREBY STIPULATED by and between the Plaintiff, JENNIFER ALLEN, and Defendant, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims pursuant to Federal Rules of Civil Procedure §41(a)(1)(A)(ii). Each party shall bear its own attorney's fees and costs.

The signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

DATED:      October 31, 2014            DAVID ALLEN & ASSOCIATES

                                                    *//s// David Allen*

By_____
  DAVID ALLEN
  Attorney for Plaintiff,
  JENNIFER ALLEN

DATED:      October 31, 2014            DENTONS US, LLP

                                                    *//s// Douglas A. Scullion*

By_____
  DOUGLAS A. SCULLION,
  Attorney for Defendant,
  THE LINCOLN NATIONAL LIFE
  INSURANCE COMPANY

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation and Federal Rules of Civil Procedure §41(a)(1)(A)(ii), this action shall be, and hereby is, DISMISSED with prejudice as to all parties and claims.  Each party shall bear its own attorney's fees and costs.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  November 6, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT